IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONNEL FITZGERALD,

    Plaintiff,

v.

                          Case No. 19-cv-774-jdp

JASON ACHTERBERG, MARIO T.
CANZIANI, REED RICHARDSON,
KYLE D. ESLINGER, MARY REIMER,
PATRICK J. LYNCH, and CHRISTINE
PRESTON,

    Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/3/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |